UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 10-10264-RGS

UNITED STATES OF AMERICA

v.

MICHAEL DAVID SCOTT

MEMORANDUM AND ORDER ON DEFENDANT'S APPEAL
OF AN ORDER OF DETENTION PENDING SENENCING

June 11, 2015

STEARNS, D.J.

On examination of the docket, it is apparent that the detention order being appealed was entered by Magistrate Judge Bowler after a hearing in the subsequently filed criminal case involving defendant Scott, 14-CR-10074-NMG, *see* Dkt. #26. The Detention Order that issued after that hearing (Dkt. #51) was then copied into 10-CR-10264-RGS at Dkt. #253. Consequently, this court declines jurisdiction over the appeal and will refer the matter to Judge Gorton before whom the -10074 case is awaiting trial.

ORDER

The Clerk will refer the appeal of the detention order to Judge Gorton's session for resolution.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE